| | |
|---|---|
| 1 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | ENRIQUE MARINEZ (SBN 160956) |
| 2 | JACLYN D. LEVASH (SBN 266749) |
| | 1001 Marshall Street, Suite 500 |
| 3 | Redwood City, CA 94063-2052 |
| | Telephone: (650) 364-8200 |
| 4 | Facsimile: (650) 780-1701 |
| | Email: enrique.marinez@rmkb.com |
| 5 | jaclyn.levash@rmkb.com |

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MERRELL, | CASE NO. 2:18-CV-00388-WBS-DB |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | **(L.R. 143, 144)** |
| LIBERTY MUTUAL INSURANCE COMPANY, ANDREA SHAFFER, ERIN BURNS, and DOES 1 through 20, | |
| Defendants. | |

**TO THE HONORABLE WILLIAM B. SHUBB, UNITED STATES DISTRICT COURT JUDGE:**

**PLEASE TAKE NOTICE** that counsel for the parties have met and conferred in good faith to continue the deadline for Defendants to respond to Plaintiff's Complaint. Defendants have not previously sought an extension to file a responsive pleading in this matter.

Therefore, Plaintiff and Defendants, pursuant to Local Rule 144, stipulate that the deadline for Defendants to file a responsive pleading to Plaintiff's Complaint is extended fourteen (14) days from February 27, 2018 to March 13, 2018.

///

///

///

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

Dated: March 7, 2018         R.J. SMITH LAW OFFICE

By: /s/ Robin J. Smith
_____
ROBIN J. SMITH
Attorneys for Plaintiff
JEAN MERRELL

Dated: March 7, 2018         ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Enrique Marinez
_____
ENRIQUE MARINEZ
JACLYN D. LEVASH
Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

**ORDER**

**IT IS SO ORDERED.**

**Dated: March 7, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE