1

ROPERS, MAJESKI, KOHN & BENTLEY
ENRIQUE MARINEZ (SBN 160956)

2

JACLYN D. LEVASH (SBN 266749)
1001 Marshall Street, Suite 500

3

Redwood City, CA 94063-2052
Telephone:    (650) 364-8200

4

Facsimile:    (650) 780-1701
Email:        enrique.marinez@rmkb.com

5

              jaclyn.levash@rmkb.com

6

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

JEAN MERRELL,

12

Plaintiff,

13

v.

14

LIBERTY MUTUAL INSURANCE
COMPANY, ANDREA SHAFFER, ERIN

15

BURNS, and DOES 1 through 20,

16

Defendants.

17

CASE NO. 2:18-CV-00388-WBS-DB

**STIPULATION FOR EXTENSION OF
TIME FOR DEFENDANTS TO RESPOND
TO PLAINTIFF'S COMPLAINT
(L.R. 143, 144)**

18

**TO THE HONORABLE WILLIAM B. SHUBB, UNITED STATES DISTRICT COURT**

19

**JUDGE:**

20

      **PLEASE TAKE NOTICE** that counsel for the parties continue to meet and confer in

21

good faith to resolve their dispute as to the properly named defendants without the need for

22

motion practice.  The parties agree to continue the deadline for Defendant Liberty Mutual

23

Insurance Company ("Liberty") to respond to Plaintiff's Complaint.   The parties previously

24

stipulated to a fourteen (14) day extension from February 27, 2018 to March 13, 2018 (Doc. no.

25

6), which was approved by the court (Doc. No. 8)

26

      Plaintiff and Defendant, pursuant to Local Rule 144, stipulate that the deadline for

27

Defendant to file a responsive pleading to Plaintiff's Complaint is extended an additional fourteen

28

(14) days from March 13, 2018 to March 27, 2018.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

STIPULATION FOR EXT OF TIME FOR DEFTS
TO RESPOND TO PLTF'S COMPLAINT
NO. 2:18-CV-00388-WBS-DB

4846-7306-7359.1

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

Dated:  March 8, 2018                    R.J. SMITH LAW OFFICE


By: /s/ Robin J. Smith
    ROBIN J. SMITH
    Attorneys for Plaintiff
    JEAN MERRELL


Dated:  March 8, 2018                    ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ Enrique Marinez
    ENRIQUE MARINEZ
    JACLYN D. LEVASH
    Attorneys for Defendant
    LIBERTY MUTUAL INSURANCE COMPANY


## ORDER

**IT IS SO ORDERED.**

**Dated:  March 12, 2018**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City