ROPERS, MAJESKI, KOHN & BENTLEY
ENRIQUE MARINEZ (SBN 160956)
JACLYN D. LEVASH (SBN 266749)
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: enrique.marinez@rmkb.com
jaclyn.levash@rmkb.com

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MERRELL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, ANDREA SHAFFER, ERIN BURNS, and DOES 1 through 20,<br><br>　　　　　　Defendants. | CASE NO. 2:18-CV-00388-WBS-DB<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE AND REMANDING TO STATE COURT** |

WHEREAS, the above-entitled action arises from a dispute with respect to the handling of two water damage claims brought under a homeowners insurance policy, Policy No. H37-268-596048-40 7 5) ("Policy").

WHEREAS, Plaintiff filed a state action against defendants Liberty Mutual Insurance Company ("Liberty Mutual"), Andrea Shaffer ("Shaffer") and Erin Burns ("Burns");

WHEREAS, Liberty Mutual removed the state action to this Court based on diversity jurisdiction;

WHEREAS, Plaintiff does not seek, and will not recover, damages in the above-captioned action, including insurance benefits, compensatory damages, special damages, economic damages, general damages, non-economic damages, attorneys' fees, and punitive damages under California Civil Code Section 3294, in an aggregated amount in excess of $75,000, excluding

costs of suit and interest. Plaintiff does not seek and will not recover damages in excess of $75,000 arising from, related to, or in connection with, directly or indirectly, the claims made in Plaintiff's Complaint for Breach of Contract and Breach of the Duty of Good Faith and Fair Dealing; nor will Plaintiff do so in the future for any reason.

WHEREAS Plaintiff waives, and is hereby estopped from asserting, any right to seek, or to recover, in the above-captioned action any damages of any type in excess of $75,000, excluding costs of suit and interest, arising from, related to or in connection with, directly or indirectly, the Complaint, based on any facts, losses or claims that are not presently known to Plaintiff or her attorneys, that may have been underestimated in amount or severity, or that are discovered after the execution of this Stipulation.

IT IS HEREBY STIPULATED that this case shall be dismissed from the Eastern District of California and remanded to the Superior Court of Sacramento County. This Stipulation shall remain effective, binding and enforceable notwithstanding the discovery of any facts, losses or claims that are not presently known to Plaintiff or her attorneys, that may have been underestimated in amount or severity, or that are discovered after the execution of this Stipulation.

IT IS FURTHER STIPULATED that each party shall bear its own attorneys' fees and costs directly related to this Stipulation.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

Dated: March 26, 2018        R.J. SMITH LAW OFFICE

By: /s/ Robin J. Smith
ROBIN J. SMITH
Attorneys for Plaintiff
JEAN MERRELL

| | |
|---|---|
| Dated: March 26, 2018 | ROPERS, MAJESKI, KOHN & BENTLEY<br><br>By: /s/ Jaclyn D. Levash<br>    ENRIQUE MARINEZ<br>    JACLYN D. LEVASH<br>    Attorneys for Defendant<br>    LIBERTY MUTUAL INSURANCE COMPANY |

**ORDER**

**IT IS SO ORDERED.**

**Dated: March 28, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE